Ex parte WALTER HOWARD.
No. A-1622.

Original petition for habeas corpus, dismissed on request of petitioner, June 25, 1913.

BILL KELLY v. STATE.
Appeal from Ottawa County Court;
W. Y. Quigley, Judge.

Thompson & Mason, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

FURMAN, J. Appellant was convicted in the county court of Ottawa county for the offense of selling whisky, and his punishment was assessed at a fine of fifty dollars and thirty day's confinement in the county jail. There is a square conflict in the evidence. If the testimony for the state is true the verdict is proper. If the testimony for the defense is true appellant should have been acquitted. But this was a question for the jury to determine, and as they have accepted the testimony for the state and found appellant guilty, we have no right to look behind their verdict. The judgment of the lower court is therefore affirmed. The mandate in this case will be stayed until the 1st day of October, 1913.

ARMSTRONG, P. J., and DOYLE, J. concur.

RUTH SMITH v. STATE.
No. A-1572. Opinion Filed June 25, 1913.
Appeal from Garfield County Court;
Winfield Scott, Judge.

W. O. Cromwell, for appellant.

Joseph L. Hull, Asst. Atty. Gen., for the State.

PER CURIAM. This is an appeal from a conviction for keeping a house of ill fame in the city of Enid. It is a companion case with that of Mrs. B. Putman v. State, No. A-1583, ante, decided at the present term. All of the questions of law presented in this case were discussed and decided in the Putman case. It is therefore not necessary to repeat them here. The evidence sustains the verdict. The judgment is therefore in all things affirmed.

The mandate will issue without delay.